**MEGAN RACHOW**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**FAX: (406) 453-9973**
**Email: Megan.Rachow@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**AXEL NUNEZ-PONCE,**<br><br>**Defendant.** | **PO-26-5167-GF-JTJ**<br><br>**VIOLATION:**<br>**E2840301**<br><br>**MOTION TO DISMISS VIOLATION (Under Seal)** |

The government moves to dismiss violation E2840301, which cites the defendant, a juvenile, with being an Alien not in Possession of Immigration Documents, in violation of 8 U.S.C. § 1304(E). The government believes that the defendant has been removed from the United States.

Based on the foregoing, the government requests that violation E2840301 be dismissed.

DATED this 30th day of October 2026.

SCOTT TWITO
United States Attorney

/s/ *Megan Rachow*
MEGAN RACHOW
Assistant U.S. Attorney